## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALI BEHROZ AZIZ, *et al.*,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*.

Case No. 26-cv-243-ABA

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Court ORDERS as follows:

1. Plaintiffs' motion to convert Defendant Kagan's motion to dismiss into a motion for summary judgment (ECF No. 54) is DENIED;

2. Plaintiffs' motion for recusal (ECF No. 57) is DENIED;

3. Plaintiffs' motion for reconsideration (ECF No. 58) is DENIED;

4. Plaintiffs' motion to stay (ECF No. 62) is DENIED;

5. Plaintiffs' motion to exceed page and word limits (ECF No. 64) is DENIED;

6. Plaintiffs' motion for a temporary restraining order (ECF No. 65) is DENIED;

7. All briefs in support of or in opposition to any new motions from any party are limited to four pages in length, ***except*** for (a) Defendant Maryland Attorney General Office's pending reply in support of its motion to dismiss; (b) Plaintiffs' response to the Court's order to show cause regarding the claims against Defendant Aziz; and (c) any dispositive motion by Defendant United States of America;

1

8.  Plaintiffs are **FOREWARNED** that failure to comply with these limitations or the filing of briefs containing inaccurate citations or frivolous arguments may result in sanctions.

Date: April 27, 2026

_____/s/_____
Adam B. Abelson
United States District Judge